## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| CLIFFORD W MULLER | ) | BANKRUPTCY NO. 09-41029-REG |
| PATRICIA A MULLER | ) | CHAPTER 7 |
| DEBTORS. | ) | |

### NOTICE OF DEPOSIT OF SMALL DIVIDEND

Comes now the Trustee, Kimberly A. Wright, and advises that dividends to the below-listed creditors were less than $5.00 each:

| Claim #2 | Yellow Book Sales & Distribution, Inc.<br>c/o RMS Bankruptcy Recovery Services<br>P O Box 5126<br>Timonium, MD 21094 | $3.33 |
|---|---|---|
| Claim #8 | Lighthouse Christian Products, Co.<br>1050 Remington Road<br>Schaumburg, IL 60173 | $3.76 |
| Claim #9 | Word Search<br>3006 Longhorn Blvd. #110<br>Austin, TX 78758 | $1.31 |
| Claim #16 | Joan Baker Designs<br>1130 Via Callejon<br>San Clemente, CA 92673 | $2.11 |
| Claim #18 | Ave Maria Press, Inc.<br>P O Box 428<br>Notre Dame, IN 46556 | $0.68 |
| Claim #19 | Lucid Artist Management<br>54 Music Square East, Suite 200<br>Nashville, TN 32703 | $2.79 |
| Claim #22 | Brownlow Publishing Co. Inc.<br>6309 Airport Freeway<br>Fort Worth, TX 76117 | $4.04 |
| Claim #28 | AMG Publishers Inc.<br>6815 Shallowford Road<br>Chattonooga, TN 37421 | $4.24 |
| Claim #36 | Religious Art Inc.<br>276 Greenpoint Avenue, 3rd Floor<br>Brooklyn, NY 11222 | $4.36 |
| Claim #46 | InterVarsity Press<br>Attn: Credit Dept.<br>P.O. Box 1400 | $4.23 |

Downers Grove, IL 60515

Claim #47       Space Age Plastics, Inc.                $3.04
581 Cortez Road
Lake Ariel, PA 18436

Respectfully submitted,

/s/ Kimberly A. Wright
Kimberly A. Wright, Trustee
P.O. Box 377
Lafayette, IN 47902
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
Email: kimberly.gilbert1@frontier.com

## CERTIFICATE OF SERVICE

I certify that on August 22, 2011, service of a true and complete copy of the foregoing pleading was made upon:

1. U. S. Trustee, 100 East Wayne Street, Suite 555, South Bend, Indiana, 46601
2. Jeffery M. Newell, P O Box 96, 225 N. 4th Street, Suite C, Lafayette, In 47902
3. Yellow Book Sales & Distribution, Inc., c/o RMS Bankruptcy Recovery Services
   P O Box 5126, Timonium, MD 21094
4. Lighthouse Christian Products, Co., 1050 Remington Road, Schaumburg, IL 60173
5. Word Search, 3006 Longhorn Blvd. #110, Austin, TX 78758
6. Joan Baker Designs, 1130 Via Callejon, San Clemente, CA 92673
7. Ave Maria Press, Inc., P O Box 428, Notre Dame, IN 46556
8. Lucid Artist Management, 54 Music Square East, Suite 200, Nashville, TN 32703
9. Brownlow Publishing Co. Inc., 6309 Airport Freeway, Fort Worth, TX 76117
10. AMG Publishers Inc., 6815 Shallowford Road, Chattonooga, TN 37421
11. Religious Art Inc., 276 Greenpoint Avenue, 3rd Floor, Brooklyn, NY 11222
12. InterVarsity Press, Attn: Credit Dept., P.O. Box 1400, Downers Grove, IL 60515
13. Space Age Plastics, Inc., 581 Cortez Road, Lake Ariel, PA 18436

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

/s/ Kimberly A. Wright
Kimberly A. Wright